

**FILED**

**OCT 15 2025**

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-CR-118 |
| v. | ) |
| | ) JUDGES Varlan/Poplin |
| ANDREW WORRALL | ) |

### INDICTMENT

#### COUNT ONE
#### (SEXUAL EXPLOITATION OF A CHILD)

The Grand Jury charges that on or about July 7, 2025, within the Eastern District of Tennessee and elsewhere, the defendant, **ANDREW WORRALL**, used a minor victim (MV), whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, or attempted to do so to wit: Defendant and MV were communicating live over the internet. Defendant told MV to "slide a finger in her beautiful wet pussy," to which MV replied that she can't because she has long nails. Defendant then prompted MV to use an object. MV responded to by sending a video of her placing a hairbrush handle in and out of her vagina, the defendant knew or had reason to know that the visual depiction would be transported and transmitted using a means or facility of interstate commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

#### COUNT TWO
#### (ENTICEMENT)

The Grand Jury further charges that from on or about July 7, 2025, within the Eastern District of Tennessee, defendant **ANDREW WORRALL**, using a facility or means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual who

had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Tennessee Code Annotated Section 39-13-529(a) (Offense of Soliciting Sexual Exploitation of a Minor), which prohibits a person eighteen (18) years of age or older, by means of electronic communication, electronic mail or internet service, including webcam communications, directly or through another, to intentionally command, hire, persuade, induce or cause a minor to engage in simulated sexual activity is observed by the person or by another in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253 and 2428.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251, the defendant, **ANDREW WORRALL**, shall forfeit to the United States of America his interests in the following:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. The property to be forfeited includes, but is not limited to, the following:

<u>Real Property Located at 12509 Daisy Field Lane, Farragut, Tennessee 37934</u> and more particularly described as follows:

SITUATED in the Sixth (6th) Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot No. 21 of Final Plat of SPLIT RAIL FARM UNIT 2, as shown of record in Plat Instrument No. 201508250012733, in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more complete description.

Being a portion of the same property conveyed to SRF Holdings, LLC, a Tennessee limited liability company by Quit Claim Deed dated October 03, 2014, of record in Instrument No. 201410030019543, in the Register's Office for Knox County, Tennessee.

For further reference see Warranty Deed recorded on November 19, 2020, as Instrument No. 202011190041630 in the Register's Office for Knox County, Tennessee.

4. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b), the defendant, **ANDREW WORRALL**, shall forfeit to the United States of America his interests in any property, real or personal used or intended to be used to commit or to facilitate the commission of the violation and/or any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2422(b), including but not limited to the following:

<u>Real Property Located at 12509 Daisy Field Lane, Farragut, Tennessee 37934</u> and more particularly described as follows:

SITUATED in the Sixth (6th) Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot No. 21 of Final Plat of SPLIT RAIL FARM UNIT 2, as shown of record in Plat Instrument No. 201508250012733, in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more complete description.

3

Case 3:25-cr-00118-TAV-DCP   Document 11   Filed 10/15/25   Page 3 of 4   PageID #: 127

Being a portion of the same property conveyed to SRF Holdings, LLC, a Tennessee limited liability company by Quit Claim Deed dated October 03, 2014, of record in Instrument No. 201410030019543, in the Register's Office for Knox County, Tennessee.

For further reference see Warranty Deed recorded on November 19, 2020, as Instrument No. 202011190041630 in the Register's Office for Knox County, Tennessee.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *[signature]*
JENNIFER KOLMAN
Assistant United States Attorney

4