U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: 10/21/2025   Courtroom: 3B - Knoxville

Initial Appearance: ☐ Complaint  ☑ Indictment  ☐ SSI  ☐ Information  ☐ Violation Petition  ☐ Rule 5
Other Hearing: ☑ Arraignment  ☐ Arraignment on SSI

**Case No.** 3:25-CR-118   **USA v.** Andrew Worrall

Present Before: HONORABLE Debra C. Poplin, U.S. Magistrate Judge

Jennifer Kolman — Assistant U.S. Attorney
Nate Ogle & Charles Burks — Attorney for Defendant  ☐ Appt. ☑ Retd. ☐ Ltd. App.
US Probation Officer: —
Madison McCroskey — Courtroom Deputy
DCR — Court Reporter / Digital Recording
Interpreter: — ☐ SWORN

**PROCEEDINGS**:
- ☐ Financial affidavit executed
- ☑ Deft. retained an attorney
- ☑ Deft. advised of rights
- ☑ Deft. waived reading of Indictment/Information
- ☑ Deft. pleads not guilty on counts 1-2
- ☐ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination
- ☐ Court UNSEALED case in its entirety
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding
- Court Appointed: ☐ Federal Defender or ☐ CJA Attorney
- ☐ Deft. WAIVED appointment of an attorney
- ☐ Indictment/Information Read
- ☐ Deft. entered no plea
- ☐ Deft WAIVED the Rule 5 hearings
- ☐ Case REMAINS sealed

**DATES SET**:
Jury Trial: December 23, 2025
Detn Hrg: 
Arraignment: 
Status Conf: 
Revocation Hrg: 
Final Pretrial Conf.: December 16, 2025 at 10:30am
Preliminary Examination: 
Motion Hrg: 
Other Hrg: 

**DEADLINES SET**:
Discovery Ddl: October 28, 2025
Motion Cut-Off: November 12, 2025
Plea Ddl: November 21, 2025
Reciprocal Discovery Ddl: November 21, 2025
Response Ddl: November 26, 2025
Other: 

**BOND**:
- ☑ Government moved for detention
- ☑ Dft WAIVED detention hrg.  ☐ Detention hrg. set  ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Madison McCroskey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 325cr118 20251021 134143   Court time: 2:00pm to 2:06pm