# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CR-118-TAV-DCP-1 |
| | ) | |
| ANDREW WORRALL, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Tennessee, between the parties named above with the United States as plaintiff, for the forfeiture of the real property described below, together with all buildings, appurtenances, and improvements. The Indictment [Doc. 11] was duly filed with the Clerk of the United States District Court for the Eastern District of Tennessee on October 15, 2025. The real property that is the subject of this action is described as follows:

**Real property located at 12509 Daisy Field Lane, Farragut, Tennessee 37934, with all appurtenances, improvements, and attachments thereon**

SITUATED in the Sixth (6th) Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot No. 21 of Final Plat of SPLIT RAIL FARM UNIT 2, as shown of record in Plat Instrument No. 201508250012733, in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more complete description.

Being a portion of the same property conveyed to SRF Holdings, LLC, a Tennessee limited liability company by Quit Claim Deed dated October 03, 2014, of record in Instrument No. 201410030019543, in the Register's Office for Knox County, Tennessee.

For further reference see Warranty Deed recorded on November 19, 2020, as Instrument No. 202011190041630 in the Register's Office for Knox County, Tennessee, conveyed to Andrew Worrall, unmarried.

The term "real property" refers collectively to the foregoing parcel of real property.

The person whose estate or interest is intended to be affected is Andrew Worrall and any other potential claimants to the real property.

For further information concerning this proceeding for forfeiture, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Tennessee, Knoxville, Tennessee.

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ Daniel P. Nugent
DANIEL P. NUGENT
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
daniel.nugent@usdoj.gov
(865) 545-4167

STATE OF TENNESSEE
COUNTY OF KNOX

On this 21st day of October 2025, before me, personally appeared Daniel P. Nugent, in his capacity as Assistant United States Attorney, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN WITNESS WHEREOF I have hereunto set my hand and Notarial Seal.

Subscribed to and sworn before me on this 21st day of October 2025.

Jeanette E. Sorey
NOTARY PUBLIC
My Commission expires: 03/07/2026

This instrument prepared by: Daniel P. Nugent
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167